UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIOBHAN GENESSI,<br><br>        Plaintiff,<br><br>    v.<br><br>PLACER COUNTY SUPERIOR COURT, *et al.*,<br><br>        Defendants. | Case No.  2:23-cv-01054-DAD-JDP (PS)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO REDACT |

Plaintiff has submitted a motion asking that the court redact her contact information from all documents filed in this case. She explains that she is a participant of California's Safe at Home program, which is a confidential address program administered by the California Secretary of State. Under the program, participants are provided with a substitute address for personal use to assist them in keeping their residential address confidential and out of the public record. *Id*. Good cause appearing, plaintiff's motion is granted. *See Doe v. L. Offs. of Winn & Sims*, No. 06-CV-00599-H-AJB, 2021 WL 9917688, at *2 (S.D. Cal. June 21, 2021), *as modified* (June 29, 2021) (granting plaintiff's motion to redact his address from court record's because he was a member of California's Safe at Home program); *Del Nero v. Allstate Ins. Co*., No. CV 00-9068 AHM (AIJx), 2021 WL 3285033, at *2 (C.D. Cal. June 30, 2021) (finding that plaintiff's participation in California's Safe at Home program warranted redacting residential and email addresses).

1

Plaintiff is warned that this order is limited to redacting contact information contained in the documents already filed with the court; it does not authorize filing redacted documents in the future. All future filings should include only plaintiff's Safe at Home program address, with all other contact information—i.e., plaintiff's residential address, phone number, and email address—omitted.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to redact is granted.

2. The Clerk of Court is directed to file under seal plaintiff's motion to redact and the documents filed at ECF Nos. 1 & 3. These filings shall be replaced with redacted versions consistent with this order.

3. The Clerk of Court shall also update plaintiff's address of record to:

> Siobhan Rose Muriel Genessi #1756
> P.O. Box 1318
> Sacramento, CA 95812

IT IS SO ORDERED.

Dated:   December 13, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE